IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JULIA PRESLEY                                                                                                 PLAINTIFF

V.                                                                                        NO. 1:14cv158-SA-DAS

CARLOCK OF TUPELO, INC.,
D/B/A CARLOCK TOYOTA                                                      DEFENDANT

## AGREED ORDER COMPELLING ARBITRATION

THIS CAUSE came on to be heard and was heard on the Motion to Compel Arbitration and Stay Litigation filed by Carlock of Tupelo, Inc., d/b/a Carlock Toyota ("Carlock Toyota"), incorrectly identified as Carlock Toyota of Tupelo, Inc. By agreement of Plaintiff Julia Presley ("Presley") and Carlock Toyota, the Court does hereby find and order as follows:

1. This litigation is stayed and this matter is to be submitted to an arbitrator for final adjudication.

2. The arbitration is to be conducted pursuant to the rules and procedures of the American Arbitration Association, and the parties are entitled to conduct discovery prior to the arbitration.

3. Arbitrators will not be engaged by the American Arbitration Association, and the parties will not be obligated to pay any fees or expenses to the American Arbitration Association.

4. The parties shall equally share in the fees and expenses of arbitration, including the fees charged by the arbitrator.

5. The parties shall agree on an arbitrator within 60 days after the entry of this Order.

SO ORDERED AND ADJUDGED, this the 9th day of January, 2015.

    /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ Michael D. Tapscott
Michael D. Tapscott, MSB No. 8776
Attorney for Defendant

/s/ Edwin H. Priest
Edwin H. Priest, MSB No. 9429
Attorney for Plaintiff