IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JULIA PRESLEY                                                                    PLAINTIFF

V.                                                    CIVIL ACTION NO. 1:14-CV-158-SA-SAA

CARLOCK OF TUPELO, INC.,
D/B/A CARLOCK TOYOTA                                                    DEFENDANT

ORDER

Pursuant to an Agreed Order [15] entered this day, the Court has ordered that all litigation currently before it in this matter be stayed pending final adjudication by an arbitrator of the parties' choosing. Additionally, the Court requires the parties to file regular status updates on the docket every sixty days until resolution of this matter by the arbitrator and to notify the Court promptly once such resolution is reached.

SO ORDERED, this the 9th day of January, 2015.

_/s/ Sharion Aycock_____
UNITED STATES DISTRICT JUDGE