IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JULIA PRESLEY                                                                                           PLAINTIFF

V.                                                                                        NO. 1:14cv158-SA-DAS

CARLOCK OF TUPELO, INC.,
D/B/A CARLOCK TOYOTA                                                                       DEFENDANT

---

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on to be heard and was heard on the joint motion ore tenus of Plaintiff Julia Presley and Defendant Carlock of Tupelo, Inc., d/b/a Carlock Toyota, incorrectly identified as Carlock Toyota of Tupelo, Inc. for a dismissal with prejudice. Finding the motion to be well taken and it should be sustained, the Court does hereby order and adjudge that the Complaint and Amended Complaint against Carlock Nissan of Tupelo, Inc., and Carlock of Tupelo, Inc., d/b/a Carlock Toyota, incorrectly identified as Carlock Toyota of Tupelo, Inc., are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 6th day of February, 2015.

                                                  /s/ Sharion Aycock
                                              UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ Michael D. Tapscott
Michael D. Tapscott, MSB No. 8776
Attorney for Defendant


/s/ Edwin H. Priest
Edwin H. Priest, MSB No. 9429
Attorney for Plaintiff